CAROL LOSCHIAVO *v.* ANTHONY A. CARBONE
(AC 15970)

O'Connell, Foti and Spear, Js.

Submitted on briefs April 23—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

LAWRENCE DEANGELIS *v.* COMMISSIONER OF
REVENUE SERVICES
(AC 16305)

Dupont, C. J., and Landau and Schaller, Js.

Argued April 24—officially released May 20, 1997

Per Curiam. The judgment is affirmed.

CANAAN VENTURE PARTNERS LIMITED PART-
NERSHIP ET AL. *v.* ALAN E. SALZMAN
(AC 15933)
(AC 16063)

O'Connell, Lavery and Hennessy, Js.

Submitted on briefs April 24—officially released May 27, 1997

Per Curiam. The judgment is affirmed.